# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| LAURA J. BRUCE,<br>    Plaintiff, | Case No. 1:16-cv-758 |
| vs. | Judge Timothy S. Black |
| COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Magistrate Judge Karen L. Litkovitz |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 21)

This case is before the Court pursuant to the Order of General Reference to United State Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on August 17, 2018, submitted a Report and Recommendation. (Doc. 21). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 21) is **ADOPTED**;

2. Plaintiff's motion to approve the parties' Consent Judgment/Stipulation (Doc. 20) is **GRANTED**;

3. Plaintiff is awarded a total of $5,300.00 in attorney fees and costs under the EAJA; and

4. The Clerk shall enter judgment accordingly whereupon this case is **TERMINATED** in this Court.

**IT IS SO ORDERED.**

Date: 11/20/18

Timothy S. Black
United States District Judge